149 A.3d 553

JAVITT

v.

CUNNINGHAM CONTRACTING

Pet. Docket No. 345, Sept. Term, 2016

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 1649, Sept. Term, 2014).

Petition for writ of certiorari denied.

■

149 A.3d 553

JOHNSON, Anthony

v.

STATE of Maryland

Pet. Docket No. 405, Sept. Term, 2016

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 1348, Sept. Term, 2015).

Petition for writ of certiorari dismissed.